UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAUDELIN DAT,

                                        Petitioner,

v.

JEREMY CASEY, Senior Warden,
Imperial Regional Detention Facility;
DANIEL A. BRIGHTMAN, San Diego
Field Office Director, U.S. Immigration &
Customs Enforcement (ICE); TODD
LYONS, Acting Director, U.S. ICE;
KRISTI NOEM, U.S. Secretary of
Homeland Security; PAMELA BONDI,
Attorney General of the United States,

                                        Respondents.

Case No.: 26-CV-717 TWR (JLB)

**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, (2) SETTING HEARING, AND (3) DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

(ECF Nos. 1, 2)

Presently before the Court are Petitioner Faudelin Dat's Petition for a Writ of Habeas Corpus and Order to Show Cause Within Three Days ("Pet.," ECF No. 1), filed pursuant to 28 U.S.C. § 2241, and Motion for Temporary Restraining Order ("TRO") ("Mot.," ECF No. 2).

First, having reviewed the Petition, the Court concludes that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are

1

vague or conclusory, palpably incredible, or patently frivolous or false." (citing *Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990))).  Accordingly, the Court **ORDERS** Respondents Jeremy Casey, Daniel A. Brightman, Todd Lyons, Kristi Noem, and Pamela Bondi **TO SHOW CAUSE** why the Petition should not be granted by filing a written response <u>no later than 10:00 a.m. PST on Wednesday, February 11, 2026</u>.  Petitioner **SHALL SERVE** on Respondents copies of the Petition, the Motion, and this Order <u>as soon as practicable</u> and **SHALL FILE** proof of such service <u>no later than 5:00 p.m. PST on Monday, February 9, 2026</u>.  Additionally, the Court **SETS** an Order to Show Cause Hearing for <u>Thursday, February 12, 2026, at 1:30 p.m. in Courtroom 14A</u>.

As for Petitioner's Motion, Petitioner requests that the Court "order the Respondents to release the Petitioner from detention until such time as his habeas petition can be adjudicated by the Court." (*See* Mot. at 10.)  Although the Court is sympathetic to the toll that Petitioner's continued detention will take on Petitioner and his family, whether Petitioner is entitled to be released will be addressed at the Show Cause Hearing on February 12, 2026, after Respondents have had an opportunity to respond to the Petition.  The Court therefore **DENIES WITHOUT PREJUDICE** Petitioner's Motion.

**IT IS SO ORDERED.**

Dated:  February 6, 2026

_____
Honorable Todd W. Robinson
United States District Judge

26-CV-717 TWR (JLB)