UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAUDELIN DAT,

Petitioner,

v.

JEREMY CASEY, Senior Warden, Imperial Regional Detention Facility; DANIEL A. BRIGHTMAN, San Diego Field Office Director, U.S. Immigration & Customs Enforcement (ICE); TODD LYONS, Acting Director, U.S. ICE; KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the United States,

Respondents.

Case No.: 26-CV-717 TWR (JLB)

**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE**

(ECF Nos. 3, 6)

Presently before the Court is the Parties' Joint Motion to Continue Briefing Schedule ("Jt. Mot.," ECF No. 6). The Parties report that Immigration and Customs Enforcement ("ICE") "agreed to release Petitioner from ICE custody, and ICE will be releasing Petitioner" today. (*See id.* at 1.) They therefore request that the Court "continue the briefing schedule by two days" because "Petitioner's counsel anticipates filing a notice of voluntary dismissal of this action after receiving confirmation of Petitioner's release." (*See id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion and **VACATES** the Show Cause Hearing scheduled for February 12, 2026.  As agreed among the Parties, Respondents **SHALL RESPOND** to the Petition and Petitioner's Motion for Temporary Restraining Order <u>on or before February 13, 2026</u>.

**IT IS SO ORDERED.**

Dated:  February 11, 2026

Honorable Todd W. Robinson
United States District Judge

2

26-CV-717 TWR (JLB)